[No. 28751-6-I. Division One. March 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND
FRANCIS LIVINGSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88-1-00300-5, Jerome M. Johnson, J., entered
June 6, 1991. *Remanded with instructions* by unpublished
opinion per Webster, C.J., concurred in by Coleman and
Grosse, JJ.

[No. 14460-3-II. Division Two. March 23, 1993.]

SAN JUAN AIRLINES, *Respondent*, v. CHARLES JENKS,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 90-2-00033-1, Gary W. Velie, J., entered
October 31, 1990. *Affirmed* by unpublished opinion per Mor-
gan, J., concurred in by Seinfeld, A.C.J., and Petrich, J.

[No. 11818-5-III. Division Three. March 23, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON
J. LOCHRIDGE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-8-00368-9, Michael E. Schwab, J. Pro Tem.,
entered August 1, 1991. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Shields, C.J., and Mun-
son, J.